IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALT WINSTON, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 22-cv-2755-SMY<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal (Doc. 11), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** June 12, 2023

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

**Approved:**

**STACI M. YANDLE**
**United States District Judge**